ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ASIM H. MODI, NY SBN #065860
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312) 596-1868
Email: asim.modi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GERVAIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Civil No. 1:25-cv-01483-JLT-GSA<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stipulation; Order                    Page 1                    Case No. 1:25-cv-01483-JLT-GSA

Respectfully submitted,

Dated: February 25, 2026        PEÑA & BROMBERG, PLC

By:*/s/ Dolly M. Trompeter\**
DOLLY M. TROMPETER
Attorney for Plaintiff
*As authorized by e-mail on February 25, 2026

Dated: February 25, 2026        ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:      */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

As stipulated, it is **ORDERED** that this action is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

It is further ordered that the Clerk of the Court is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **February 25, 2026**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE